■ In the Matter of the Arbitration between SAMUEL W. LERER et al., Respondents, and LUDWIG B. PROSNITZ, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ EMANUEL TROPPER, Suing on Behalf of Himself and All Other Stockholders Similarly Situated and on Behalf of CAMDEN FORGE COMPANY, Appellant, v. ARTHUR E. BYSSHE et al., Defendants, and CAMDEN FORGE COMPANY, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ HELEN J. MULHERN, Respondent, v. JOHN E. MULHERN, Appellant. (Action No. 1.) JOHN E. MULHERN, Appellant, v. HELEN J. MULHERN, Respondent. (Action No. 2.) — Order appealed from unanimously reversed and motion for a stay of Action No. 1 until the trial and determination of Action No. 2 granted. Should either party prevail upon his or her affirmative cause of action in Action No. 2, it would render unnecessary the further prosecution of Action No. 1 in the event the latter cause survives a motion to dismiss the complaint. Respondent may move to vacate the stay in the event the husband does not proceed expeditiously to the trial of Action No. 2. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ MOSES J. KONNOSON et al., Respondents, v. ODORA COMPANY, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY COPPOLA, Appellant, against JOHN J. McCLOSKEY, as Sheriff of the City of New York, Respondent.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ HARRIET GOTTFRIED, Respondent, v. EDWIN GOTTFRIED, Appellant.— Order unanimously modified to the extent of reducing counsel fee to $350, and as so modified affirmed. No opinion. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ MARY GARDY, Appellant, v. SAUL GARDY, Respondent.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ MARTHA M. BRUSSET, Respondent, v. AXEL L. WENNER-GREN, Appellant.— Order insofar as appealed from unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ Novo ENGINE COMPANY et al., Appellants, v. AMTORG TRADING CORPORATION, Respondent.— Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion for leave to serve a second amended complaint granted. The second amended complaint is to be served within 20 days from the date of the order of this court. Essentially, the plaintiffs seek to change the theory of damages in conformity with the proof adduced at the prior trial. No opinion. Concur — Botein, P. J., Valente, McNally and Bergan, JJ.

■ SYLVIA KOBRE, Appellant, v. MT. EDEN THEATRE, INC., Respondent.— Orders and judgment unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.